IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICHARD BOWEN THOMSON                                              PETITIONER

V.                          NO: 2:06V00008  GH-JFF

LINDA SANDERS, Warden,
FCI-Forrest City, Arkansas;
and UNITED STATES BUREAU
OF PRISONS                                                         RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's motion requesting that the Court order the Respondents to show cause as to why they should not be subject to contempt proceedings is denied.  IT IS FURTHER ORDERED that Petitioner's request that the Court order that he be moved to a CCC forthwith or, at the very least, that the Court set a date for him to be moved to a CCC, is denied.

IT IS SO ORDERED this 8th day of June, 2006.

_George Howard, Jr_
UNITED STATES DISTRICT JUDGE